IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANNON NOAH MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF NAMPA, a municipal corporation organized under the laws of the State of Idaho; DENY BURNS, both in his official capacity as an employee of the Nampa Police Department and Individually; and JOHN DOES I-X,<br><br>　　　　Defendants. | Case No.  1:15-cv-00053-BLW<br><br>**JUDGMENT** |

　　　　In accordance with the Memorandum Decision and Order entered concurrently herewith,

　　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants, and that this case be dismissed in its entirety.

DATED: July 25, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1