Curtis D. McKenzie, ISB # 5591
*cdm@mckenzielawoffices.com*
McKenzie Law Offices, PLLC
412 West Franklin Street
Boise, ID 83702
Telephone (208) 344-4379
Facsimile: (208) 331-2150

Attorney for Shannon Noah Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANNON NOAH MARTIN, | CASE NO. 1:15-cv-00053-BLW |
| Plaintiff, | MOTION FOR WITHDRAWAL OF COUNSEL |
| v. | |
| CITY OF NAMPA, DENY BURNS, and JOHN DOES 1-X, | |
| Defendants. | |

Pursuant to Dist. Idaho Loc. Civ. R. 83.6 and Idaho Rule of Professional Conduct (IRPC) 1.16, Curtis D. McKenzie and the law firm of McKenzie Law Offices, PLLC ("Plaintiff's Counsel"), move to withdraw as counsel for Plaintiff Shannon Martin.

Good cause exists for withdrawal.

1. The undersigned has not had contact with Plaintiff for several weeks. Plaintiff has not responded to telephone calls or email. A review of the Idaho

MOTION FOR WITHDRAWAL OF COUNSEL - 1

Department of Correction offender list showed that Plaintiff committed a new crime and is currently incarcerated at the South Idaho Correctional Institution for the following offenses:

| Offense | Sentencing County | Case No. | Sentence Satisfaction Date |
|---|---|---|---|
| POSSESSION OF A CONTROLLED SUBSTANCE | CANYON | CR13-18310 | 02/21/2020 |
| POSSESSION OF A CONTROLLED SUBSTANCE | CANYON | CR13-29029 | 02/09/2020 |
| DELIVERY OF A CONTROLLED SUBSTANCE | CANYON | CR16-10548 | 06/13/2026 |

2. The Client is not eligible for parole until June 14, 2018.

3. Withdrawal is appropriate under IRPC 1.16(b)(5), (6), and (7). By committing a new crime and failing to maintain contact with Counsel, the Client has rendered representation unreasonably difficult, substantially failed to fulfill an obligation to the lawyer regarding the lawyer's services, and failed to abide by the terms of the representation agreement.

4. Pursuant to Dist. Idaho Loc. Civ. R. 83.6, Plaintiff's Counsel has submitted a proposed order in word format by email to the presiding judge.

DATED: December 15, 2016.

_____/s/_____
Curtis D. McKenzie, ISB 5591
cdm@mckenzielawoffices.com
412 W. Franklin Street
Boise, Id. 83702
Telephone (208) 344-4379

MOTION FOR WITHDRAWAL OF COUNSEL - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Michael J. Kane
Michael Kane & Associates, PLLC
4355 West Emerald Street, Suite 190
P.O. Box 2865
Boise, ID 83701

DATED: December 15, 2016.

_____/s/_____
Curtis D. McKenzie, ISB 5591