UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANNON NOAH MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NAMPA, *et. al.*,<br><br>Defendants. | Case No. 1:15-cv-00053-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants, and that this case be dismissed in its entirety.

DATED: November 13, 2017

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1